JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>　　　　Interpleader Plaintiff,<br><br>　　v.<br><br>THOMAS GORDON DANIELS, BRITTANY MARIE WAGNER, individually and as Executor and Personal Representative of the Estate of Sandra Mayor, and JUSTIN THOMAS DANIELS,<br><br>　　　　Interpleader Defendants. | Case No. 5:25-cv-00692-MWF(SPx)<br><br>**JUDGMENT** |

     Upon consideration of the Parties' Joint Stipulation for Disbursement of Insurance Proceeds, Discharge and Release of Liability, as well as Dismissal (Docket No. 37), and good cause appearing therefrom, it is hereby ORDERED that the Joint Stipulation is GRANTED in its entirety.

     Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Within twenty (20) business days following entry of this Judgment, Interpleader Plaintiff Protective Life Insurance Company ("Protective") shall issue payment to Interpleader Defendants Brittany Wagner and Justin Daniels in co-equal (50/50) shares (i.e., 50% each) of the proceeds of Protective Policy No. B00583454 (the "Policy") in the total face value amount of $100,000, plus the applicable interest accruing from April 5, 2023 through the date of entry of this judgment (the "Policy Proceeds"). Protective's payment of the Policy Proceeds shall be made pursuant to the applicable terms and conditions of the Policy. Interpleader Defendants Brittany Wager and Justin Daniels shall both cooperate with Protective and provide any documentation or information needed by Protective to facilitate such payment of the Policy Proceeds.

2. Upon payment of the Policy Proceeds as described in Paragraph 1 above, this action shall be dismissed with prejudice, and Protective, including its owners, shareholders, partners, officers, directors, employees, agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, insurers, and re-insurers, are hereby dismissed and forever discharged, released, and relieved from any and all further liability or responsibility of any kind with respect to, affecting, or in any way arising out of the Policy and/or the Policy Proceeds.

3. Upon payment of the Policy Proceeds as described in Paragraph 1

above, Brittany Marie Wagner, individually and as executor and personal representative of the Estate of Sandra Mayor, and Justin Thomas Daniels shall be permanently enjoined from initiating or prosecuting any other proceedings, arbitration, or lawsuit against Protective or any of their parent companies, affiliates, agents, predecessors, successors, or assigns (including, but not limited to, Protective Life Corporation, The Dai-ichi Life Insurance Company, Limited, Dai-ichi Life Holdings, Inc., and Dai-ichi Life International Holdings, LLC) with respect to the Policy, the Policy Proceeds, and any and all claims that were or could have been raised in this action against Protective.

4. Any person not yet joined as a party to this action who may make a claim for, or be entitled to, the Policy Proceeds is joined and subject to Paragraph 3 above.

5. Default Judgment is hereby entered against Interpleader Defendant Thomas Gordon Daniels in favor of Protective, and Thomas Gordon Daniels has forfeited any and all rights to the Policy and/or Policy Proceeds.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: September 23, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge